IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Moran, Shirley M

Printed: 6/10/08

Case Number: 04 B 05349
Judge: Hollis, Pamela S
Filed: 2/12/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: May 6, 2008
Confirmed: April 5, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,736.16 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 885.09 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,710.00 |
| Trustee Fee: |  | 140.91 |
| Other Funds: |  | 0.16 |
| Totals: | 2,736.16 | 2,736.16 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Adams & Associates | Administrative | 1,710.00 | 1,710.00 |
| 2. | Resurgent Capital Services | Unsecured | 220.75 | 270.86 |
| 3. | ECast Settlement Corp | Unsecured | 134.57 | 165.09 |
| 4. | Card Processing Center | Unsecured | 74.14 | 90.97 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 126.00 | 154.60 |
| 6. | Resurgent Capital Services | Unsecured | 165.91 | 203.57 |
| 7. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 8. | Alliance One | Unsecured | | No Claim Filed |
| 9. | Linebarger Goggan Blair Pena & Samp | Unsecured | | No Claim Filed |
| 10. | SBC | Unsecured | | No Claim Filed |
| 11. | MSAS Cargo International Inc | Unsecured | | No Claim Filed |
| 12. | Northland Group Inc | Unsecured | | No Claim Filed |
| 13. | Van Ru Credit Corporation | Unsecured | | No Claim Filed |
| 14. | Newport News | Unsecured | | No Claim Filed |
| 15. | Blatt Hasenmiller Leisker | Unsecured | | No Claim Filed |
| | | | $ 2,431.37 | $ 2,595.09 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 7% | 14.73 |
| 4% | 11.22 |
| 6.5% | 39.46 |
| 3% | 6.30 |
| 5.5% | 37.83 |
| 5% | 9.25 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Moran, Shirley M | Case Number: 04 B 05349 |
| | Judge: Hollis, Pamela S |
| Printed: 6/10/08 | Filed: 2/12/04 |

```
            4.8%                22.12
                              _____
                              $ 140.91
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

